| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CARLOS EDILBERTO MONTES | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>07-**07-2111M** |

Complaint for violation of Title 18, United States Code § 1708
(Theft or Receipt of Stolen Mail Matter)

| NAME OF MAGISTRATE JUDGE<br>HON. CAROLYN TURCHIN | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>March 9, 2005 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN)<br>2647 ½ Redondo Blvd.<br>Los Angeles, CA 90016 |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 9, 2005, defendant CARLOS EDILBERTO MONTES, knowingly concealed and unlawfully had in his possession letters, mail, and articles and things contained therein-- namely, jewelry and magazines-- which had been stolen and taken from the United States mail. At the time, defendant CARLOS EDILBERTO MONTES knew that the letters, mail, and articles and things contained therein had been stolen and taken from the United States mail.

RECEIVED 2007 DEC 11 AM 10:04

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Minh Huynh |
|---|---|
| | OFFICIAL TITLE<br>U.S. Postal Inspector, USPIS |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>*Carolyn Turchin* | DATE<br>December , 2007 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AUSA:Rosalind Wang     REC: $10,000 Unsecured AB

AFFIDAVIT

I, Minh Huynh, being duly sworn, depose and state the following:

1. I am a United States Postal Inspector employed by the United States Postal Inspection Service ("USPIS"). I have been employed with the USPIS since 1993 and am currently assigned to the Los Angeles Division, International Investigations and Security Team. As a Postal Inspector, my duties include investigating violations of postal laws, including those involving theft of United States Mail by postal employees, including temporary employees.

2. This affidavit is made in support of a criminal complaint against CARLOS EDILBERTO MONTES (MONTES) for violations of Title 18, United States Code, Section 1708 (Theft or Receipt of Stolen Mail Matter).

3. The facts set worth in this affidavit are based upon my own personal knowledge, my training and experience, and information obtained during this investigation from other sources including: (a) other law enforcement officers; (b) statements made or reported by various witnesses with personal knowledge of relevant facts; and (c) my review of relevant records and reports. This

affidavit is intended to show that there is a probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of, or investigation into this matter.

FACTS ESTABLISHING PROBABLE CAUSE

    4.   On September 27, 2007, I spoke with Special Agent Staci Wright of the U.S. Postal Service's Office of Inspector General regarding the investigation she had conducted on MONTES in March 2005. Special Agent Wright was previously a postal inspector with the USPIS for approximately four years, and investigated mail theft by employees. I reviewed her report from March 31, 2005 and learned the following:

    a.   Between the period of December 2004 and March 2005, Special Agent Wright received numerous complaints from customers whose rented Netflix DVDs were not received through the mail. She conducted an analysis and determined that Casual Letter Carrier MONTES of the Monterey Park Post Office was a suspect due to the large number of missing Netflix DVDs originating from his routes.

    b.   On March 8, 2005, Special Agent Wright prepared a "test mailing" to test MONTES. The test mail was a bright, orange-colored, first-class mail flat envelope from Gamefly, Inc. containing one video game disc

labeled *Playstation 2 - Driver 3* and addressed to a false recipient address.

       c.  On March 9, 2005, Special Agent Wright had the test mail placed in MONTES's route. The test mail was not deliverable to any address on his route. If handled properly, MONTES should have brought the test mail back to the Monterey Park Post Office for proper sorting.

       d.  At approximately 11:00 a.m., Special Agent Wright and a team of postal inspectors observed MONTES as he left the Monterey Park Post Office and delivered mail.

       e.  At approximately 4:00 p.m., MONTES returned to the Monterey Park Post Office after delivering mail from his route. Special Agent Wright observed MONTES returning various undeliverable mail pieces at his mail case and then exiting the building. MONTES then placed his mail satchel into his personal vehicle.

       f.  While MONTES was at his vehicle, Special Agent Wright verified that the undeliverable mail that MONTES brought back to his mail case did not contain the test mailing. MONTES was stopped by postal inspectors at his vehicle and escorted to an office inside the Monterey Park Post Office for an interview.

       g.  Prior to any questioning, Special Agent Wright advised MONTES of his <u>Miranda</u> rights. MONTES stated

he understood his rights and signed a written waiver, agreeing to be interviewed by postal inspectors. MONTES stated the following:

    i.   Since he was hired in December 2004, MONTES stole approximately 10 to 15 Netflix DVDs and 2 to 3 *Playstation* Gamefly game discs from the mail.

    ii.   MONTES stole the Gamefly test mail.

    iii.  MONTES would steal Netflix and Gamefly mailings addressed to customers on his routes, as well as inbound Netflix mail that he picked up from customer mailboxes.

    h.   MONTES gave postal inspectors written consent to search his personal vehicle. Postal inspectors recovered the satchel inside his vehicle. Inside the satchel was the Gamefly test mail, a QVC jewelry box containing a four-chain silver necklace with a snap-on flower decoration, two magazines addressed to people living on his route, AOL.com CDs, and disposable diapers.

    i.   MONTES explained that he ran out of street time today and planned to deliver the AOL CDs and the diapers the following day, along with the magazines, which he intended to read tonight at home. He admitted that he had previously taken home 5 to 10 magazines addressed to customers on his routes.

j. MONTES admitted that he stole the jewelry approximately two weeks ago from the mail and stored it in his satchel.

k. MONTES stated that most of the previously stolen DVDs and *Playstation* games were still at his residence and, that he would turn them over to inspectors.

l. MONTES voluntarily provided a sworn statement admitting to theft of mail and expressed his remorse.

5. On March 14, 2005, MONTES met with Special Agent Wright at the Los Angeles Processing & Distribution Center and returned 14 stolen DVDs and Gamefly game discs.

6. Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that CARLOS MONTES has violated Title 18, United States Code, Section 1708 (Theft or Receipt of Stolen Mail Matter).

_____
Minh Huynh
U. S. Postal Inspector

Subscribed and sworn to before me this _11_ day of December, 2007.

_____
HON. CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE